UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

 Plaintiff,           Case No. 3:22-cr-103

vs.

TIFFANY LEWIS,         District Judge Michael J. Newman

 Defendant.

## CRIMINAL SCHEDULING ORDER

This criminal case came before the Court for a preliminary conference held on October 5, 2022.  Attorneys for the Government and the Defendant participated.  As noted at the conference, the Court adopted the proposed deadlines governing this criminal case.  The specific dates and deadlines are as follows:

| | | |
|---|---|---|
| 1. | Discovery Deadline | **October 14, 2022** |
| 2. | Motion Deadline | **November 14, 2022** |
| 3. | Trial Date | **November 28, 2022** |
| 4. | Speedy Trial Deadline | **November 30, 2022** |

The parties are directed to Judge Newman's Criminal Standing Order for further guidance.

  **IT IS SO ORDERED.**

 October 5, 2022          s/Michael J. Newman
                     Hon. Michael J. Newman
                     United States District Judge