UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIFFANY D. LEWIS,

    Defendant.

Case No. 3:22-cr-103

District Judge Michael J. Newman

---

**ORDER: (1) GRANTING DEFENDANT'S MOTION FOR CONTINUANCE (Doc. No. 25); AND (2) EXTENDING THE SPEEDY TRIAL ACT DEADLINE UNTIL DECEMBER 21, 2022**

---

This criminal case is before the Court on Defendant's motion for a continuance due to her pregnancy and hospital stay. Doc. No. 25. The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(3)(A) and (7)(A)–(B), after considering the factors set forth therein, the ends of justice are served by a continuance and that such continuance outweighs the best interest of the public and defendant in a speedy trial. Failure to grant the requested continuance would deny both the Government and Defendant the time necessary for effective preparation (such as having witnesses available to testify at trial) and to explore all possible means of resolving this case prior to trial. *See* 18 U.S.C. § 3161(h)(7). Thus, Defendant's motion is **GRANTED**, and the Speedy Trial Act deadline is **EXTENDED until December 21, 2022**, by which time the United States must bring Defendant to trial.

    **IT IS SO ORDERED.**

  December 5, 2022                                s/Michael J. Newman
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge