UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                              Case No. 3:22-cr-103

vs.

TIFFANY LEWIS,                       District Judge Michael J. Newman

      Defendant.

---

## ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 31)

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant's guilty plea. Doc. No. 31. There being no objections, the Court **ADOPTS** the Report and Recommendation in full. The Court accepts Defendant's plea of guilty as charged in Counts Eleven, Twelve, and Fourteen of the Indictment, charging her with aggravated identity theft, in violation of Title 18 U.S.C. § 1028A(c). Doc. No. 13 at PageID 55. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing **on March 23, 2023 at 2:00 p.m.**

      **IT IS SO ORDERED.**

  January 9, 2023                     s/ Michael J. Newman
                                           Hon. Michael J. Newman
                                           United States District Judge