SDOH, 7/03

**PAYMENT SCHEDULE FOR COURT-ORDERED MONETARY PENALTIES**

| | | | |
|---|---|---|---|
| Name: | **Tiffany Lewis** | Docket #: | **3:22CR103** |
| Address: | **320 Willaston Drive** <br> **Dayton, Ohio 45431** | Judge: | **The Honorable Michael J. Newman, U.S. District Judge** |

You have been ordered by the United States District Court to pay a special assessment of $300.00, restitution of $126,985.50, and/or a fine of $N/A, as a condition of your supervised release.

**Probation Officer's Recommendation:**

It is the recommendation of the Probation Officer that the Court order a payment schedule in the amount of $50.00 per month, commencing on July 1, 2025.  This is based on the following analysis of your ability to pay:  Please see memorandum.

_____  06/10/2025
Diana Samad                                                                                        _____
U. S. Probation Officer                                                                         Date

**Order of the Court:** The Court orders minimum monthly payments of $50.00 to commence on July 1, 2025, and to continue until the debt is satisfied or the Court alters the payment schedule.

s/*Michael J. Newman*                                                           Date:  July 23, 2025

United States District Judge